# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. 2:04-cr-0476-RLH-LRL |
| vs. | ) | **O R D E R** |
| CHRISTOPHER JAMES WILDER, | ) | (Motion for Certificate of Appealability–#118) |
| Defendant. | ) | |

Before the Court is a document entitled "Certificate of Appealability" (#118, filed September 28, 2011) which has been docketed as a Motion for a Certificate of Appealability. That characterization is incorrect. Defendant is requesting permission to file a second §2255 motion. He has directed the document to the Court of Appeals and, in fact, the Court of Appeals is the only court that can give permission to file a second §2255 motion. Accordingly, this Court will deny the document to the extent it is considered a Motion for Certificate of Appealability, without prejudice to Defendant Wilder to seek permission from the Ninth Circuit Court of Appeals.

IT IS SO ORDERED.

Dated: October 11, 2011.

_____
Roger L. Hunt
United States District Judge

1