# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 2:04-cr-476-RLH-LRL |
| ) | |
| vs. ) | **O R D E R** |
| ) | (Motion for Extension of Time –#140) |
| CHRISTOPHER JAMES WILDER, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The Court having considered Defendant's Motion for Extension of Time to File Motion to Correct Sentence (#140) and finding good cause therefore.

IT IS THEREFORE ORDERED that Motion for Extension of Time is granted and Petitioner is given an extension of time to and until July 10, 2014 in which to file the Motion to Correct Sentence.

Dated:  June 10, 2014.

**ROGER L. HUNT**
**U.S. District Judge**