# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:04-CR-00476-RLH-LRL |
| vs. | ) | **O R D E R** |
| CHRISTOPHER JAMES WILDER, | ) | (Application for an Order and Directions --#141) |
| Defendant. | ) | |

Before the Court is Defendant's **Application for an Order and Directions Granting Habeas Relief in Light of a Retroactive Supreme Court Decision** (#141, filed June 5, 2014) and the Court will exercise its authority under that section to refer this matter to the United States Attorney for a response to the Motion.

IT IS THEREFORE ORDERED that Defendant's **Application for an Order and Directions Granting Habeas Relief in Light of a Retroactive Supreme Court Decision** (#141) is hereby REFERRED to the UNITED STATES ATTORNEY for a response within forty-five (45) days of the entry this Order. Defendant will then have fifteen (15) days thereafter to file a reply to the response of the United States Attorney, and the matter will be referred for decision.

DATED: June 10, 2014.

_____
**Roger L. Hunt**
**United States District Judge**