<pre>
 1
 2
 3
 4
 5
 6
 7                       UNITED STATES DISTRICT COURT
 8
 9                              DISTRICT OF NEVADA
10                                     * * *
11   UNITED STATES OF AMERICA,           )   Case No.: 2:04-cr-476-RLH-RJJ
                                         )
12                  Plaintiff,           )   ***NUNC PRO TUNC* CORRECTION OF
                                         )            ORDER # 148**
13       vs.                             )
                                         )
14   CHRISTOPHER JAMES WILDER,           )
                                         )
15                  Defendant.           )
                                         )
16
17          On July 23, 2014, the Court entered an Order (#148) denying Defendant
18   Christopher James Wilder's Motion § 2255 petition. The Court is now aware of an inadvertent
19   error in that Order and issues this *nunc pro tunc* correction for the limited purpose of making the
20   record reflect what the Court intended to express in the Original by also DENYING as moot the
21   accompanying Motion Requesting Judicial Notice of Documents Making the Same as a Part of the
22   Record in Support of Petition Currently for Court Review.
23   ///
24   ///
25   ///
26
</pre>

1

AO 72
(Rev. 8/82)

1       IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the July 23, 2014,

2 Order (#148) is amended to also read:

3     Defendant Christopher James Wilder's Motion Requesting Judicial Notice of Documents Making the Same as a Part of the Record in Support of Petition Currently for Court Review, (#145), is DENIED as moot.

5     Dated: July 23, 2014.

_____
**ROGER L. HUNT**
**United States District Judge**