1
2
3
4
5
6
7
8
9
10
11

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**\* \* \***

12  UNITED STATES OF AMERICA,              )          Case No.: 2:04-cr-476-RLH-RJJ
                                          )
13                    Plaintiff,           )              **O R D E R**
                                          )
14        vs.                             )          (Petition to Reconsider – #152)
                                          )
15  CHRISTOPHER JAMES WILDER,             )
                                          )
16                    Defendant.           )
    _____)

17

18          Before the Court is Defendant Christopher James Wilder's "Petition to Reconsider,

19  on the Alternative Moves for Leave to Void the Court's Order and or Judgement," (#152, filed on

20  Aug. 18, 2014 ). For the reasons discussed below, the motion is denied.

21          On July 23, 2014, this Court denied Defendant's § 2255 motion because he had not sought

22  or obtained permission from the Ninth Circuit to file his second § 2255 motion. (#148).

23  Presumably, he still has not sought or obtained permission. Now rather than cure the legal

24  deficiency of the prior request, he seeks reconsideration of the Court's decision but does not

25  provide any valid reason why the Court should revisit its prior order, or facts or law of a "strongly

26  convincing nature" in support of reversing the prior decision. *Frasure v. United States*, 256

F.Supp.2d 1180, 1183 (D. Nev. 2003). Moreover, instead of addressing the legal basis for the denial of his successive § 2255 petition, he merely repeats the same arguments made in his original motion and fails to establish any reason justifying relief. *Backlund v. Barnhart*, 778 F.2d 1386, 1388 (9th Cir. 1985). Therefore, his motion must be denied. Defendant is cautioned that the Court will summarily deny future § 2255 petitions and related motions for reconsideration unless and until Defendant obtains permission to file a successive petition from the Ninth Circuit Court of Appeals.

Accordingly, and for good cause appearing,

IT IS HEREBY ORDERED that Defendant Christopher James Wilder's "Petition to Reconsider, on the Alternative Moves for Leave to Void the Court's Order and or Judgement," (#152, filed on Aug. 18, 2014 ) is DENIED.

Dated: August 21, 2014.

**ROGER L. HUNT**
**United States District Judge**

AO 72
(Rev. 8/82)