IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

UNITED STATES OF AMERICA,
    Plaintiff,

v.

CHRISTOPHER J. WILDER
    Defendant.

Case No. CR-00476-RLH-LRL

### MOTION TO STAY IN ABEYANCE

Comes now movant Christopher James Wilder pro se and moves this Honorable Court to hold in abeyance all matters involving Case No. CR-00476-RLH-LRL for good grounds that shows that;

Petitioner is indigent, incarcerated, and pro se. Petitioner has no electronic access to the courts records, and must rely upon The United States Postal Service to file and receive pleadings and notices of the courts actions. Also that it is the B.O.P. and the United States Marshall's policy that, "Inmate's can not transfer with personal papers including legal material."

Petitioner is being transferred to another B.O.P. Facility and his mailing address will remain uncertain during the period it takes to facilitate transfer. Accordingly Petitioner request that all action and time deadlines be suspended until Petitioner is settled at his new B.O.P. address.

**IT IS SO ORDERED.**

_Roger L. Hunt_
**UNITED STATES DISTRICT JUDGE**

**DATED: November 26, 2014**

Respectfully Submitted,

s/ _Chris Wilder_
Christopher J. Wilder pro se